ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
MICHAEL W. TAN (SBN 245557)
Special Assistant United States Attorney
   Room 3018 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-4600
   Facsimile: (213) 894-3027, x174
   Email: Michael.W.Tan@irscounsel.treas.gov

Attorneys for the United States of America

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| In re:<br><br>RICARDO & ANN VEGA,<br><br>               Debtors. | Case No.: 2:11-bk-52455-WB<br><br>CHAPTER 13<br><br>STIPULATION TO CONTINUE HEARING ON DEBTORS' OBJECTION TO THE CLAIM OF INTERNAL REVENUE SERVICE<br><br>Old Date:<br>Date: February 6, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 1375<br><br>New Date:<br>Date: May 8, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 1375 |
|---|---|

TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY COURT JUDGE, THE UNITED STATES TRUSTEE, THE DEBTORS, AND THEIR ATTORNEYS OF RECORD, AND ALL INTERESTED PARTIES:

    This Stipulation is entered into by and between Ricardo & Ann Vega, the Debtors, and the United States of America, on behalf of its agency, the Internal Revenue Service ("IRS" or

1

1  "Service"), by and through their counsel of record, with regard
2  to the following:
3     A. WHEREAS the Debtors filed their Chapter 13 bankruptcy
4        petition on October 11, 2011;
5     B. WHEREAS the IRS filed its initial proof of claim asserting
6        a total claim of $86,458.19, which consisted of a priority
7        unsecured claim of $80,332.83 and a general unsecured claim
8        of $6,125.36 on October 24, 2012;
9     C. WHEREAS the IRS filed a second amended proof of claim
10       asserting a total claim of $58,901.95, which consisted of a
11       priority unsecured claim of $52,571.83 and a general
12       unsecured claim of $6,330.12 on November 13, 2012;
13    D. WHEREAS the Debtor filed an Objection to the Service's
14       second amended proof of claim on December 21, 2012 and
15       calendared it for hearing on February 6, 2013;
16    E. WHEREAS the parties seek at least three months of
17       additional time to conduct an audit reconsideration of the
18       Debtors 2008 and 2009 federal income tax liabilities;
19 WHEREFORE, the parties hereby stipulate as follows:
20    1. That the hearing set for February 6, 2013 is continued to
21       May 8, 2013 at 1:30 P.M; and
22 ///
23
24
25
26
27
28

2. That the due date for the Service's opposition will be similarly continued from January 23, 2013 to April 24, 2013.

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

Date: 2/5/13

_____
MICHAEL W. TAN
Special Assistant United States Attorney
Attorneys for the United States of America

Date: 1/28/13

_____
STEVEN IBARRA

Attorney for Debtor

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 N. Los Angeles Street, Room 3018, Los Angeles, California 90012.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO THE CLAIM OF INTERNAL REVENUE SERVICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/5/2013 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael W Aiken    MAiken@NBSDefaultServices.com
- Cynthia R Allman    bkdepartment@rtresolutions.com
- Nancy K Curry (TR)    ecfnc@trustee13.com
- Steven Ibarra    sibarra@ibarralaw.com
- Cassandra J Richey    cmartin@pprlaw.net
- Daniel I Singer    bankruptcy@zievelaw.com
- Ramesh Singh    claims@recoverycorp.com
- John M Sorich    generalmail@aswlawoffice.com, kbernal@alvaradoca.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Edward T Weber    bknotice@rcolegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/5/2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRA Receivables Management LLC
P.O. Box 41067
Norfolk, VA 23541

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

<u>Via Personal Delivery:</u>
The Honorable Julia W. Brand, Suite 1382, 255 E.Temple Street, Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/5/2013 | Angel G. Frias | /S/ Angel G. Frias |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**